# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-0030-FDW-DSC

| | |
|---|---|
| TONJA HELEN LUNDBERG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court <u>sua sponte</u> following the Court of Appeals' decision in <u>Mascio v. Colvin</u>, 780 F.3d 632 (4th Cir. 2015).

Plaintiff is <u>granted leave</u> to file a supplemental brief on or before August 29, 2015, limited to addressing the potential impact of the Fourth Circuit's decision in <u>Mascio</u> on her appeal.

Defendant is <u>granted leave</u> to file a supplemental brief on or before September 15, 2015.

The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: August 12, 2015

David S. Cayer
United States Magistrate Judge