UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-0030-FDW-DSC

| | |
|---|---|
| TONJA H. LUNDBERG, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CAROLYN W. COLVIN, )<br>Commissioner of Social )<br>Security Administration )<br>)<br>Defendant. )<br>) | ORDER |

**THIS MATTER** is before the Court on the Memorandum and Recommendation of the Magistrate Judge ("M&R") (Doc. No. 17). The time to file objections has expired and neither party has objected to the M&R. Having considered the matter and deeming it otherwise proper and just to do so, the M&R is hereby ADOPTED.

Plaintiff's Motion for Summary Judgment (Doc. No. 9) is GRANTED.

Defendant's Motion for Summary Judgment (Doc. No. 12) is DENIED.

The final decision of the Commissioner is reversed and this matter is hereby remanded to the Commissioner for further proceedings, pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The Clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Signed: December 10, 2015

Frank D. Whitney
Chief United States District Judge