IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| TONJA LUNDBERG, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) | Civil No. 3:15CV30-FDW-DSC |

## **ORDER**

Upon consideration of Plaintiff's Petition for Attorney's Fees pursuant to the Equal Access to Justice Act, and Defendant's response thereto, and noting the parties' consent to entry of this Order, it is hereby ordered that Plaintiff is awarded attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount $4,133.63, payable to Plaintiff.

**SO ORDERED**.

Signed: March 3, 2016

David S. Cayer
United States Magistrate Judge